| | | |
|---|---|---|
| The State of Texas | | From the 251st District Court |
|   Appellant | |   Of Randall County |
| v. No. 07-10-00520-CR | | May 20, 2011 |
| David Neal Duncan | | Opinion by Justice Hancock |
|   Appellee | | |

J U D G M E N T

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered, adjudged and decreed that appellant pay all costs occasioned by this appeal, except for appellee's attorney fees, which are adjudged against appellee. Tex. Code Crim. Proc Ann. art. 44.01(f) (West Supp. 2010).

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o